# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| VIRGINIA WOODALL, ) <br> 53 Cottonwood Road ) <br> Cape Fair, Missouri 65624 ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ACCOUNT RECEIVABLE ) <br> MANAGEMENT OF FLORIDA, ) <br> 9000 Regency Square Blvd. ) <br> Suite 1 Ground Floor ) <br> Jacksonville, Florida 32211 ) <br> ) <br> Defendant. ) | Case No. 3:10-cv-05074-MJW |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, VIRGINIA WOODALL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

NOTICE OF SETTLEMENT

1

DATED: June 14, 2011 /s/ Adam C. Maxwell

                                                                                        _____
Adam C. Maxwell
Krohn & Moss, Ltd.
120 West Madison Street
10th Floor
Chicago, IL 60602
phone: (312) 578-9428
e-mail: amaxwell@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Darlene Graham
darlene.graham@armfl.com
Account Receivable Management of Florida

/s/ Adam C. Maxwell
_____

Adam C. Maxwell
Attorney for Plaintiff

NOTICE OF SETTLEMENT

3