# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| VIRGINIA WOODALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:10-cv-05074-MJW |
| v. ) | |
| ) | VOLUNTARY DISMISSAL |
| ACCOUNT RECEIVABLE ) | |
| MANAGEMENT OF FLORIDA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

VIRGINIA WOODALL (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ACCOUNT RECEIVABLE MANAGEMENT OF FLORIDA. (Defendant), in this case.

Respectfully Submitted,

DATED: July 22, 2011

By: /s/ Adam C. Maxwell
Adam C. Maxwell
MO Bar Number 62103
Krohn & Moss, Ltd.
120 West Madison Street
10th Floor
Chicago, IL 60602
phone: (312) 578-9428
amaxwell@consumerlawcenter.com

1

VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Darlene Graham
darlene.graham@armfl.com
Account Receivable Management of Florida

/s/ Adam C. Maxwell
_____
Adam C. Maxwell
Attorney for Plaintiff

2
VOLUNTARY DISMISSAL