IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| VIRGINIA WOODALL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 10-05074-CV-SW-DGK |
| ACCOUNTS RECEIVABLE MANAGEMENT OF FLORIDA, | ) | |
| Defendant. | ) | |

## **ORDER**

Having considered the Notice of Voluntary Dismissal (Doc. 12), it is hereby

ORDERED that the case is dismissed with prejudice.

    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Date: July 25, 2011